405 A.2d 551

Commonwealth ex rel. Toll v. Toll, Appellant.

Commonwealth ex rel. Toll v. Toll.

Appeal of Norma Toll.

Argued September 11, 1978. Morris Gerber, for appellant at 686 and appellee at 699; Jack A. Rounick, for appellant at 699 and appellee at 686.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

405 A.2d 551

Garvey, Admnx., Appellant, v. Ware.

Submitted June 19, 1978. Sidney I. Leabman, for appellant; Edward J. David, for appellee.

Judgment affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.